# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RONALD G. "RON" BUSH, AN INDIVIDUAL; TYCHE ACQUISITIONS GROUP, INC., A NEVADA CORPORATION; RENAISSANCE MASTERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; CLASSIC FINE ART, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND TYCHE ART INTERNATIONAL, INC., A NEVADA CORPORATION,<br><br>                    Appellants,<br>               vs.<br>STEVEN B. CRYSTAL, TRUSTEE OF THE BARBARA L. CRYSTAL DECEDENT TRUST; STEVEN B. CRYSTAL, INDIVIDUALLY; AUTOMATED CASH SYSTEMS ("ACS"), A NEVADA CORPORATION; AND AUTOMATED CASHLESS SYSTEMS, A NEVADA CORPORATION,<br>                    Respondents. | No. 76280<br><br>**FILED**<br><br>OCT 05 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY <br>     DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court judgment after jury verdict in a breach of contract action. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellants have filed notices and a copy of the Notice of Bankruptcy Filing informing this court that they have filed for Chapter 7 bankruptcy relief in the District of Nevada, case no. 18-51076-btb. The filing of a bankruptcy petition operates to stay, automatically, the "continuation" of any "judicial . . . action . . . against the debtor." 11 U.S.C. § 362(a)(1). An appeal, for purposes of the automatic stay, is considered a continuation of the action in the trial court. Consequently, an appeal is

18-39113

automatically stayed if the debtor was the defendant in the underlying trial court action. *See Ingersoll-Rand Fin. Corp. v. Miller Mining Co., Inc.*, 817 F.2d 1424 (9th Cir. 1987). It appears that appellants were defendants below. Therefore, this appeal is stayed pursuant to the automatic stay provisions of federal bankruptcy law.

Given the applicability of the automatic stay, this appeal may linger indefinitely on this court's docket pending final resolution of the bankruptcy proceedings. Accordingly, we conclude that judicial efficiency will be best served if this appeal is dismissed without prejudice. Because a dismissal *without prejudice* will not require this court to reach the merits of this appeal and is not inconsistent with the primary purposes of the bankruptcy stay—to provide protection for debtors and creditors—we further conclude that such dismissal will not violate the bankruptcy stay.[1] *See Indep. Union of Flight Attendants v. Pan Am. World Airways, Inc.*, 966 F.2d 457, 459 (9th Cir. 1992) (holding that the automatic stay does not preclude dismissal of an appeal so long as dismissal is "consistent with the purpose of [11 U.S.C. §362(a)"]; *Dean v. Trans World Airlines, Inc.*, 72 F.3d 754, 755 (9th Cir. 1995) (holding that a post-bankruptcy petition dismissal will violate the automatic stay "where a decision to dismiss requires the court to first consider other issues presented by or related to the underlying case").

---

[1]The automatic stay provides a debtor "with protection against hungry creditors" and gives it a "breathing spell from its creditors" by stopping all collection efforts. *Dean v. Trans World Airlines, Inc.*, 72 F.3d 754, 755 (9th Cir. 1995) (internal quotation marks omitted). Further, it "assures creditors that the debtor's other creditors are not racing to various courthouses to pursue independent remedies to drain the debtor's assets." *Id.* at 755-56.

Accordingly, we dismiss this appeal. This dismissal is without prejudice to appellants' right to move for reinstatement of this appeal upon either the lifting of the bankruptcy stay or final resolution of the bankruptcy proceedings, if appellant deems such a motion appropriate at that time. Any motion to reinstate this appeal must be filed within 60 days of entry of the order lifting the stay or concluding the bankruptcy proceedings.

It is so ORDERED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Connie J. Steinheimer, District Judge
Johnson Law Practice, PLLC
Ronald G. Bush
Tyche Acquisitions Group, Inc.
Renaissance Masters, LLC
Classic Fine Art, LLC
Tyche Art International, Inc.
Picone & Defilippis, A P.L.C.
Woodburn & Wedge
Washoe District Court Clerk